428

798 A.2d 160

George KELLER, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

No. 30 MAP 2002.

Supreme Court of Pennsylvania.

April 11, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 11th day of April, 2002, probable jurisdiction is noted and the order appealed is affirmed.

798 A.2d 160

COMMONWEALTH of Pennsylvania, Appellant,

v.

James R. ZIMMERMAN, Appellee.

No. 25 MAP 2002.

Supreme Court of Pennsylvania.

April 11, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 11th day of April, 2002, the above captioned appeal is quashed as untimely filed. 42 Pa.C.S. 5571(B), Pa.R.A.P. 903(a).